IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER TEAL,<br><br>        Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CV 20-173-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |
| UNITED STATES OF AMERICA,<br><br>        Third-Party Plaintiff,<br>vs.<br><br>NYU LAGONE HOSPITALS,<br><br>        Third-Party Defendant. | |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

    DATED this 29th day of June, 2021.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge