IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PETER TEAL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 20-173-BLG-SPW-JTJ<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF THIRD-PARTY CLAIMS |
| UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>NYU LANGONE HOSPITALS,<br><br>    Third Party Defendant. | |

Upon the parties' Joint Motion and Stipulation for Dismissal of Third-Party Claims (Doc. 36), by and between their counsel of record,

IT IS HEREBY ORDERED that the third-party claims and this action are **DISMISSED WITH PREJUDICE**, as fully compromised and settled on the

1

merits, with each party to bear its own costs and expenses.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of February, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE